IN RE: Joe Atherlee Marshall

Case No: 21-48031
Judge: Gretchko
Chapter 13

_____/

## POST CONFIRMATION MODIFICATION OF THE CHAPTER 13 PLAN
## PURSUANT TO L.B.R.3015-2(b) AND F.R.Bankr.P. 3015(g)

Debtor has filed papers with the court to seek a modification of the Chapter 13 Plan as follows:

1. DECREASE DEBTOR'S PLAN PAYMENT TO $179.31 PER WEEK EFFECTIVE January 25, 2022 BECAUSE PER DOCTORS ORDERS DEBTOR IS NO LONGER ABLE TO WORK AN EXTENSIVE AMOUNT OF OVERTIME THEN $212.41 PER WEEK EFFECTIVE MARCH 5, 2023 AND THEN $231.85 PER WEEK EFFECTIVE OCTOBER 4, 2026.
2. THE PROPOSED PLAN AS MODIFIED HAS THE FOLLOWING IMPACT ON THE CLASSES OF CREDITORS BEING PAID BY THE TRUSTEE AS FOLLOWS:
    a. Class One trustee fee: none
    b. Class Two administrative claims: none
    c. Class Three secured claims stripped: none
    d. Class Four continuing claims/arrearage: none
    e. Class Five (a) secured purchase money secured interest claims equal monthly payments: none
    f. Class Five (b) other secured claims no equal monthly payments: none
    g. Class Six executory contracts/unexpired lease: none
    h. Class Seven priority unsecured claims: none
    i. Class Eight special unsecured claims: none
    j. Class Nine general unsecured claims: none

1/31/2022

/s/ Morris B. Lefkowitz
Morris B. Lefkowitz (P31335)
29777 Telegraph Rd #2440
Southfield, MI 48034
(248) 559-0180
morrie@lefkowitzlawgroup.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE: Joe Atherlee Marshall

Case No: 21-48031
Judge: Gretchko
Chapter 13

_____/

### ORDER FOR ENTRY OF POST-CONFIRMATION PLAN MODIFICATION

This matter having come before this court on Post Confirmation Plan Modification.

**IT IS HEREBY ORDERED** that the Chapter 13 Plan is modified as follows:

1. DECREASE DEBTOR'S PLAN PAYMENT TO $179.31 PER WEEK EFFECTIVE January 25, 2022 BECAUSE PER DOCTORS ORDERS DEBTOR IS NO LONGER ABLE TO WORK AN EXTENSIVE AMOUNT OF OVERTIME THEN $212.41 PER WEEK EFFECTIVE MARCH 5, 2023 AND THEN $231.85 PER WEEK EFFECTIVE OCTOBER 4, 2026.
2. THE PROPOSED PLAN AS MODIFIED HAS THE FOLLOWING IMPACT ON THE CLASSES OF CREDITORS BEING PAID BY THE TRUSTEE AS FOLLOWS:
    a. Class One trustee fee: none
    b. Class Two administrative claims: none
    c. Class Three secured claims stripped: none
    d. Class Four continuing claims/arrearage: none
    e. Class Five (a) secured purchase money secured interest claims equal monthly payments: none
    f. Class Five (b) other secured claims no equal monthly payments: none
    g. Class Six executory contracts/unexpired lease: none
    h. Class Seven priority unsecured claims: none
    i. Class Eight special unsecured claims: none
    j. Class Nine general unsecured claims: none

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.

"Exhibit A"

# ATTACHMENT 1

## LIQUIDATION ANALYSIS AND STATEMENT OF VALUE OF ENCUMBERED PROPERTY:

| TYPE OF PROPERTY | FAIR MARKET VALUE | LIENS | DEBTOR'S SHARE OF EQUITY | EXEMPT AMOUNT | NON-EXEMPT AMOUNT |
|---|---|---|---|---|---|
| **PERSONAL RESIDENCE** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **REAL ESTATE OTHER THAN PERSONAL RESIDENCE** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **HHG/PERSONAL EFFECTS** | | | | | |
| usual household goods: bed, dresser, table and chairs, couch, t.v., computer | 1,250.00 | 0.00 | 1,250.00 | 1,250.00 | 0.00 |
| Necessary Wearing Apparel | 1,000.00 | 0.00 | 1,000.00 | 1,000.00 | 0.00 |
| **HHG/PERSONAL EFFECTS (total)** | 2,250.00 | 0.00 | 2,250.00 | 2,250.00 | 0.00 |
| **JEWELRY** | | | | | |
| jewelry<br>Location: 14851 Piedmont, Detroit MI 48223 | 250.00 | 0.00 | 250.00 | 250.00 | 0.00 |
| **JEWELRY (total)** | 250.00 | 0.00 | 250.00 | 250.00 | 0.00 |
| **CASH/BANK ACCOUNTS** | | | | | |
| cash on hand<br>Location: 14851 Piedmont, Detroit MI 48223 | 75.00 | 0.00 | 75.00 | 75.00 | 0.00 |
| **CASH/BANK ACCOUNTS (total)** | 75.00 | 0.00 | 75.00 | 75.00 | 0.00 |
| **VEHICLES** | | | | | |
| 2009 Ford F150 185000 miles<br>Location: 14851 Piedmont, Detroit MI 48223 | 6,000.00 | 0.00 | 6,000.00 | 6,000.00 | 0.00 |
| **VEHICLES (total)** | 6,000.00 | 0.00 | 6,000.00 | 6,000.00 | 0.00 |
| **OTHER** (*itemize*) | | | | | |

Local Form 10-24-17 V 1

| | | | | | |
|---|---:|---:|---:|---:|---:|
| 401k: T Roe Price | 4,000.00 | 0.00 | 4,000.00 | 4,000.00 | 0.00 |
| OTHER (total) | 4,000.00 | 0.00 | 4,000.00 | 4,000.00 | 0.00 |

Amount available upon liquidation         $         0.00

Less administrative expenses and costs    $         0.00

Less priority claims                      $     35,126.98

Amount Available in Chapter 7             $         0.00

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE: Joe Atherlee Marshall

Case No: 21-48031
Judge: Gretchko
Chapter 13

_____/

Notice of Deadline to Object to Proposed Chapter 13 Plan Modification

The deadline to file an objection to the attached proposed chapter 13 plan modification is 21 days after service.

If no timely responses are filed to a proposed post-confirmation plan modification, the proponent may file a certificate of no response and request entry of an order approving the plan modification.

If a timely objection is filed, the Court will set the matter for hearing and give notice of the hearing to the debtor, the proponent of the plan modification, the trustee and any objecting parties. In that event, the plan modification will become effective when the Court enters an order overruling or resolving all objections.

Objections to the attached proposed chapter 13 plan modification shall be served on the following:

U.S. Bankruptcy Court, 211 W. Fort St., Suite 2100, Detroit, MI 48226

Morris B. Lefkowitz, Attorney for Debtor, 29777 Telegraph Rd., Suite 2440, Southfield, MI 48034

David Wm. Ruskin, Chapter 13 Trustee, 26555 Evergreen Rd, Suite 1100, Southfield, MI 48076

/s/ Morris B. Lefkowitz
Morris B. Lefkowitz (P31335)
29777 Telegraph Rd #2440
Southfield, MI 48034
(248) 559-0180
morrie@lefkowitzlawgroup.com

Date: 1/31/2022

```
                    UNITED STATES BANKRUPTCY COURT
                      EASTERN DISTRICT OF MICHIGAN
                       SOUTHERN DIVISION - DETROIT
```

IN RE: Joe Atherlee Marshall                    Case No: 21-48031
                                                Judge: Gretchko
                                                Chapter 13
_____/

**PROOF OF SERVICE**

I, Morris B. Lefkowitz, hereby swear under penalty of perjury that on the date indicated below, I served copies of:
   1. **POST CONFIRMATION MODIFICATION OF THE CHAPTER 13 PLAN**
upon the following parties by first class mail:   SEE ATTACHED PACER MATRIX


Dated: 1-31-2022

/s/ Morris B. Lefkowitz
Morris B. Lefkowitz (P31335)
29777 Telegraph Rd #2440
Southfield, MI 48034
248) 559-0180
morrie@lefkowitzlawgroup.com

```
Label Matrix for local noticing          Acima Credit LLC                    Department of the Treasury
0645-2                                   PO Box 1667                         Centralized Insolvency Office
Case 21-48031-lsg                        Draper, UT 84020-1667               P.O. Box 7346
Eastern District of Michigan                                                 Philadelphia, PA 19101-7346
Detroit
Mon Jan 31 09:52:55 EST 2022

Diane Sawyer                             Moe Freedman                        (p)JEFFERSON CAPITAL SYSTEMS LLC
PO Box 1758                              3030 W. Grand Blvd.                 PO BOX 7999
Powder Springs, GA 30127-7522            Ste. 10-200                         SAINT CLOUD MN 56302-7999
                                         Detroit, MI 48202-6030


Morris B. Lefkowitz                      Joe Atherlee Marshall               Michigan Department of Treasury
29777 Telegraph Road                     14851 Piedmont                      Bankruptcy Unit
Suite 2440                               Detroit, MI 48223-2242              P.O. Box 30168
Southfield, MI 48034-7667                                                    Lansing, MI 48909
                                                                             5 48909-7668


Michigan Department of Treasury          David Wm Ruskin                     State of Michigan Department of Treasury
Collection / Bankruptcy Unit             26555 Evergreen Rd Ste 1100         3030 W. Grand Blvd., Ste 10-200
POB 30199                                Southfield, MI 48076-4251           Detroit, MI 48202-6030
Lansing, MI 48909-7699


US Attorney for EDMI
Attn: Civil Division
211 W. Fort Street, Suite 2000
Detroit, MI 48226-3269
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Jefferson Capital Systems LLC            End of Label Matrix
Po Box 7999                              Mailable recipients    12
Saint Cloud MN 56302-9617                Bypassed recipients     0
                                         Total                  12
```